**Cedric Demon STEWART, Plaintiff—Appellant,**

v.

**M. BLAND, Job Coordinator; P. Smith, Ed Director; Major Walker, Chief of Security, Defendants—Appellees.**

**No. 08–6119.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2008.

Decided: July 1, 2008.

Cedric Demon Stewart, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedric Demon Stewart appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(g) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stewart v. Bland,* No. 2:07–cv–00512–RAJ–JEB (E.D.Va. Dec. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*